IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE J. GRANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 2:05-cv-02339-VEH-PWG |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on May 16, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on June 5, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DATED** this 13th day of June, 2006.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge